UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM R. GLORE,<br><br>    Plaintiff,<br><br>    v.<br><br>D. JODOIN, et al.,<br><br>    Defendants. | No. 2:21-cv-02126 DB P<br><br><u>ORDER TO SHOW CAUSE</u> |

Plaintiff, a county inmate proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1)(B).

On September 6, 2022, the court issued an order dismissing plaintiff's complaint with leave to file an amended complaint. (ECF No. 6.) Plaintiff was given forty-five (45) days to file an amended complaint. (<u>Id.</u> at 9.)

The time for plaintiff to file an amended complaint has passed. Plaintiff has not filed a First Amended Complaint, requested an extension of time to do so, or otherwise responded to the court's September 6, 2022 order. Accordingly, plaintiff will be ordered to file an amended complaint or show cause in writing why this action should not be dismissed for failure to prosecute and failure to comply with court orders.

////

1    For the foregoing reasons, IT IS HEREBY ORDERED that within thirty days of the date
2 of this order, plaintiff shall either file a First Amended Complaint or show cause in writing why
3 this case should not be dismissed for failure to prosecute and failure to comply with court orders.
4 Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated:  March 20, 2023

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/glor2126.osc.amc