UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM R. GLORE,<br><br>            Plaintiff,<br><br>    v.<br><br>D. JODOIN, et al.,<br><br>            Defendants. | No. 2:21-cv-02126 DB P<br><br>ORDER AND FINDINGS & RECOMMENDATIONS |

By order filed September 6, 2022, the court dismissed plaintiff's complaint and granted leave to file an amended complaint. Plaintiff did not timely file an amended complaint. On March 21, 2023, the court ordered plaintiff to file an amended complaint within 30 days or show cause in writing why this action should not be dismissed for failure to prosecute and failure to comply with court orders. Plaintiff has not filed an amended complaint or otherwise responded to the court's order.

For the foregoing reasons, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days

1

after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  June 8, 2023

DLB7
glor2126.fta.no.dj

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

2